IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 01-41095

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JORGE VALENTINE RAMON, JR.,

Defendant - Appellant.

Appeal from the United States District Court
for the  Southern District of Texas

February 3, 2003

Before GARWOOD and CLEMENT, Circuit Judges, and RESTANI, Judge.[*]

PER CURIAM:

Before the mandate was issued in this case, appellant was released from federal custody, rendering his appeal on a sentencing issue moot. The previous opinion of this court, published at 310 F.3d 317, is therefore VACATED, and the appeal is DISMISSED as moot.

---

[*] Judge of the United States Court of International Trade, sitting by designation.